**RESIDUAL ASSOCIATES, LLC,**
Plaintiff–Appellant,

v.

**UNITED STATES, Defendant–Appellee.**

No. 00–5120.

United States Court of Appeals,
Federal Circuit.

Oct. 12, 2001.

Rehearing Denied Jan. 17, 2002.

Before PAULINE NEWMAN,
BRYSON, and DYK, Circuit Judges.

JUDGMENT

Per Curiam.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36